1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  JAMES PALMER, ET AL.,       )   Case No. EDCV 12-01190 VAP
                                )   (OPx)
12              Plaintiff,      )
                                )   **JUDGMENT**
13      v.                      )
                                )
14  DEUTSCHE BANK NATIONAL      )
    TRUST COMPANY (DBNTC),      )
15  et al.                      )
                                )
16              Defendants.     )
17  _____

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiffs' Complaint is DISMISSED
21  WITHOUT PREJUDICE against Defendants Deutsche Bank
22  National Trust Company, as Trustee for the Registered
23  Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-
24  NC3 Mortgage Pass-Through Certificates, Series 2007-NC3,
25  Mortgage Electronic Registration Systems, Inc., Ocwen
26  Loan Servicing, LLC, and Regional Trustee Service
27
28

1  Corporation.  The Court orders that such judgment be
2  entered.
3
4
5  Dated: <u>January 16, 2013</u>     _____
                                           VIRGINIA A. PHILLIPS
6                                       United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28