**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 12-01190 VAP (OPx)                    Date:  February 21, 2013

Title:       PALMER, JR., et al. -v- DEUTSCHE BANK NATIONAL TRUST
             COMPANY (DBNTC), et al.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                              None Present
         Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

         None                                    None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE
                    (IN CHAMBERS)

     On November 15, 2012 Plaintiffs James Wayne Palmer, Jr. and Susan
Darlene Palmer (collectively, "Plaintiffs") filed a first amended complaint against
Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee for the
Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage
Pass-Through Certificates, Series 2007-NC3 ("Morgan Stanley"), Mortgage
Electronic Registration Systems, Inc. ("MERS"), Ocwen Loan Servicing, LLC
("Ocwen"), Regional Trustee Service Corporation ("Regional Trustee"), and New
Start Home Loans, Inc. ("New Start") (Doc. No. 25) ("FAC").

     On January 16, 2013, the Court dismissed Plaintiffs' claims, without leave to
amend, against Deutsche Bank, Morgan Stanley, MERS, Ocwen, and Regional
Trustee.

MINUTES FORM 11                              Initials of Deputy Clerk ___md___
CIVIL -- GEN                    Page 1

**EDCV 12-01190 VAP (OPx)**
**PALMER, JR., et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY (DBNTC), et al.**
**MINUTE ORDER of February 21, 2013**

     Since then, Plaintiffs have not prosecuted their claims against the remaining defendant, New Start.  The Court ORDERS Plaintiffs to show cause, in writing, no later than March 1, 2013, why this matter should not be dismissed for failure to prosecute as to Defendant New Start.  Failure to respond in writing by that date will result in dismissal of this action.


**IT IS SO ORDERED.**