O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER, JR., et al. ) | Case No. EDCV 12-01190 VAP (OPx) |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY (DBNTC), et al. ) | |
| Defendants. ) | |

On November 15, 2012 Plaintiffs James Wayne Palmer, Jr. and Susan Darlene Palmer (collectively, "Plaintiffs") filed a first amended complaint against Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3 ("Morgan Stanley"), Mortgage Electronic Registration Systems, Inc. ("MERS"), Ocwen Loan Servicing, LLC ("Ocwen"), Regional Trustee Service Corporation ("Regional Trustee"), and New Start Home Loans, Inc. ("New Start") (Doc. No. 25) ("FAC").

On January 16, 2013, the Court dismissed Plaintiffs' claims, without leave to amend, against Deutsche Bank, Morgan Stanley, MERS, Ocwen, and Regional Trustee.

Since then, Plaintiffs have not prosecuted their claims against New Start.  On February 21, 2013, this Court issued an Order to Show Cause ("OSC"), no later than March 1, 2013, why the matter should not be dismissed for failure to prosecute as to New Start.  (See Doc. No. 37.)  Plaintiffs failed to respond.  Accordingly, the Court DISMISSES without prejudice Plaintiffs' Complaint.

Dated:  March 5, 2013

VIRGINIA A. PHILLIPS
United States District Judge