UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER, JR., et al. | Case No. EDCV 12-01190 VAP (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY (DBNTC), et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE against Defendant New Start Home Loans, Inc.  The Court orders that such judgment be entered.

Dated: March 5, 2013
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge